Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−20755−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Nyce
   aka Charles Andrew Nyce
   17 Cinder St
   Oxford, NJ 07863

Social Security No.:
   xxx−xx−8008

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 29, 2024.

Dated: February 29, 2024
JAN: omf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 23-20755-SLM
Charles A. Nyce   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Feb 29, 2024      Form ID: plncf13      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles A. Nyce, 17 Cinder St, Oxford, NJ 07863-3101 |
| 520087355 | + | Maryellen E. Nyce, 17 Cinder St, Oxford, NJ 07863-3101 |
| 520087360 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Po Box 283, Trenton, NJ 08602-0283 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520133002 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 21:31:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520087340 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 21:31:26 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520087341 | + | Email/Text: bk@avant.com | Feb 29 2024 21:22:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 520087342 | + | Email/Text: notices@burt-law.com | Feb 29 2024 21:22:00 | Burton Neil & Associates, P.C., 1060 Andrew Dr, Ste 170, West Chester, PA 19380-5600 |
| 520087347 | | Email/Text: cfcbackoffice@contfinco.com | Feb 29 2024 21:21:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 520087343 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 21:43:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520110812 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 21:19:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520144530 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 21:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520087344 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 21:22:00 | Cavalry Spv I, LLC, Attn: Bankruptcy, 500 Summit Lake Drive Suite 400, Vahalla, NY 10595-2321 |
| 520087346 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 21:31:14 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520087348 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 21:31:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520087349 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 29 2024 21:20:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520087350 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 29 2024 21:22:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520087351 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 29 2024 21:21:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520134019 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 21:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520087345 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 21:31:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298 P.O. 15298, Wilmington, DE 19850 |
| 520140248 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:31:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520087353 | ^ | MEBN | Feb 29 2024 21:14:20 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 520087354 | | Email/Text: camanagement@mtb.com | Feb 29 2024 21:21:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520139441 | | Email/Text: camanagement@mtb.com | Feb 29 2024 21:21:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520087357 | | Email/Text: ml-ebn@missionlane.com | Feb 29 2024 21:19:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520087356 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 21:22:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520139167 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 21:19:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520174167 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 21:19:41 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520138666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 21:31:35 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520087358 | | Email/Text: signed.order@pfwattorneys.com | Feb 29 2024 21:20:00 | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520127137 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 21:22:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520087359 | + | Email/Text: ngisupport@radiusgs.com | Feb 29 2024 21:20:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 520087361 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 21:19:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520087362 | | Email/Text: bankruptcy@td.com | Feb 29 2024 21:22:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 520087363 | + | Email/Text: ClericalSupport@tenagliahunt.com | Feb 29 2024 21:20:00 | Tenaglia & Hunt, PA, 395 West Passaic St, Ste 205, Rochelle Park, NJ 07662-3016 |
| 520087364 | + | Email/Text: LCI@upstart.com | Feb 29 2024 21:20:00 | Upstart Ar, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520087365 | + | Email/Text: LCI@upstart.com | Feb 29 2024 21:20:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520095756 | ^ | MEBN | Feb 29 2024 21:15:24 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: plncf13 | Total Noticed: 41 |

| 520087366 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 21:31:43 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 520133042 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 21:19:19 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520087352 | ##+ | Jefferson Capital Systems, LLC, 700 17th St, Ste 1400, Denver, CO 80202-3533 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Charles A. Nyce ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4