| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:     23-20755 SLM<br>Chapter:       13<br>Hearing Date:<br>Judge:          Meisel |
| In Re:<br>Charles Nyce | |

**CERTIFICATION REGARDING INHERITANCE**

Charles Nyce, debtor(s) in the captioned Chapter 13 bankruptcy case, being of full age, hereby certifies as follows:

1. My bankruptcy petition was filed on 11/17/2023.

2. My §341 meeting of creditors was held on 01/09/2024.

3. My confirmation hearing was held on 02/28/2024.

4. I anticipate an inheritance from the estate of my uncle Andrew Dalpe equal to 1/7 of 20% of the estate.

5. To my knowledge the assets of the estate have not been sold and no proceeds have been distributed.

6. I do not have any further details regarding the estimated inheritance amount and/or the date I will receive same.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.  I am aware that if any of the statements contained herein are willfully false, I am subject to punishment.

____09/14/2024_____                                      ____/s/ Charles Nyce_____
        Date                                                                                    Charles Nyce