LEE MARTIN PERLMAN
LEE M. PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL, NJ 08003

Re:   CHARLES A. NYCE               Atty:   LEE MARTIN PERLMAN
      17 CINDER ST                          LEE M. PERLMAN
      OXFORD, NJ 07863                      1926 GREENTREE ROAD
                                            SUITE 100
                                            CHERRY HILL, NJ 08003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 23-20755

### RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/07/2024 | $920.00 | 9621776000 | 02/14/2024 | $920.00 | 9631645000 |
| 02/26/2024 | $920.00 | 9648189000 | 03/27/2024 | $920.00 | 9703434000 |
| 05/08/2024 | $920.00 | 9774443000 | 06/03/2024 | $920.00 | 9810346000 |
| 07/01/2024 | $920.00 | 9858642000 | 07/30/2024 | $920.00 | 9903357000 |
| 08/28/2024 | $920.00 | 9949694000 | 09/30/2024 | $920.00 | 1000127300 |
| 10/28/2024 | $920.00 | 1004562800 | 12/02/2024 | $920.00 | 1009850400 |

**Total Receipts: $11,040.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $11,040.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/21/2024 | $295.62 | 8,004,294 | 11/18/2024 | $68.82 | 8,004,339 |
| | 12/16/2024 | $68.07 | 8,004,383 | | | |
| CAPITAL ONE NA | | | | | | |
| | 10/21/2024 | $28.88 | 934,630 | 11/18/2024 | $6.73 | 936,110 |
| | 12/16/2024 | $6.65 | 937,488 | | | |
| CAVALRY SPV I LLC | | | | | | |
| | 10/21/2024 | $486.17 | 934,808 | 11/18/2024 | $113.14 | 936,290 |
| | 12/16/2024 | $111.96 | 937,676 | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 10/21/2024 | $395.25 | 8,004,292 | 10/21/2024 | $37.43 | 8,004,292 |
| | 10/21/2024 | $677.42 | 8,004,292 | 11/18/2024 | $8.71 | 8,004,335 |
| | 11/18/2024 | $91.99 | 8,004,335 | 11/18/2024 | $157.65 | 8,004,335 |
| | 12/16/2024 | $8.63 | 8,004,375 | 12/16/2024 | $156.00 | 8,004,375 |
| | 12/16/2024 | $91.02 | 8,004,375 | | | |

**Chapter 13 Case # 23-20755**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 10/21/2024 | $45.19 | 935,086 | 10/21/2024 | $65.95 | 935,086 |
| | 11/18/2024 | $15.35 | 936,544 | 11/18/2024 | $10.51 | 936,544 |
| | 12/16/2024 | $10.40 | 937,934 | 12/16/2024 | $15.18 | 937,934 |
| M&T BANK | | | | | | |
| | 06/17/2024 | $345.00 | 929,347 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 10/21/2024 | $38.28 | 8,004,295 | 10/21/2024 | $39.79 | 8,004,295 |
| | 11/18/2024 | $9.28 | 8,004,336 | 11/18/2024 | $8.90 | 8,004,336 |
| | 12/16/2024 | $8.81 | 8,004,376 | 12/16/2024 | $9.16 | 8,004,376 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 10/21/2024 | $30.11 | 8,004,299 | 11/18/2024 | $7.00 | 8,004,342 |
| | 12/16/2024 | $6.93 | 8,004,390 | | | |
| UPSTART NETWORK INC. | | | | | | |
| | 10/21/2024 | $309.83 | 935,661 | 11/18/2024 | $72.10 | 937,061 |
| | 12/16/2024 | $71.35 | 938,481 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 10/21/2024 | $1,305.49 | 935,712 | 11/18/2024 | $303.82 | 937,109 |
| | 12/16/2024 | $300.63 | 938,527 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 791.18 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,600.00 | 100.00% | 3,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 3,176.69 | 100.00% | 500.59 | 2,676.10 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 402.22 | 100.00% | 63.38 | 338.84 |
| 0004 | CAPITAL ONE NA | UNSECURED | 310.40 | 100.00% | 48.92 | 261.48 |
| 0006 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITIBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CONTINENTAL FINANCE COMPANY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 708.65 | 100.00% | 111.67 | 596.98 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 411.23 | 100.00% | 64.81 | 346.42 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 323.47 | 100.00% | 50.98 | 272.49 |
| 0012 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | LENDINGPOINT LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | M&T BANK | (NEW) Prepetition A | 345.00 | 100.00% | 345.00 | 0.00 |
| 0018 | MISSION LANE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,279.13 | 100.00% | 1,147.06 | 6,132.07 |
| 0023 | CAVALRY SPV I LLC | UNSECURED | 5,224.13 | 100.00% | 823.23 | 4,400.90 |
| 0026 | UPSTART NETWORK INC. | UNSECURED | 3,329.24 | 100.00% | 524.63 | 2,804.61 |
| 0027 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,247.15 | 100.00% | 669.27 | 3,577.88 |
| 0028 | WELLS FARGO CARD SERVICES | UNSECURED | 14,028.01 | 100.00% | 2,210.56 | 11,817.45 |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 427.74 | 100.00% | 67.41 | 360.33 |
| 0031 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | CITIBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | CITIBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 485.52 | 100.00% | 76.51 | 409.01 |

Total Paid: **$11,095.20**
See Summary

**Chapter 13 Case # 23-20755**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $11,040.00      -    Paid to Claims: $6,704.02     -    Admin Costs Paid: $4,391.18    =    Funds on Hand: $864.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.