| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>23-20755 SLM</u><br><br>Chapter: <u>    13    </u><br><br>Hearing Date: |
| In Re:<br>Charles Nyce | Judge: <u> Meisel</u> |

**CERTIFICATION OF SERVICE**

1. I, M.J. Ramey:

    <u>        </u> represent the debtor in the above captioned matter.

    <u>   X   </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

    <u>        </u> Am the <u>                        </u> in the above captioned matter and am representing myself.

2. On <u>    10/16/2025    </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>    motion to approve disbursement of inheritance, certification in support of motion, proposed order</u> .

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: <u>10/16/2025</u>                        <u>    /s/ M.J. Ramey    </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><br>AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540<br><br>AVANTWEBBANK<br>222 NORTH LASALLE STREET SUITE 1600<br>CHICAGO IL 60601-1112<br><br>BURTON NEIL ASSOCIATES PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER PA 19380-5600<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>CAPITAL ONE NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901<br><br>CAVALRY SPV I LLC<br>PO BOX 4252<br>GREENWICH CT 06831-0405 | Creditors | ⸺ Hand delivered<br> X  Regular mail<br>⸺ Certified mail/RR<br>⸺ E-mail<br>⸺ Notice of Electronic Filing (NEF)<br>⸺ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| CAVALRY SPV I LLC<br>ATTN BANKRUPTCY<br>500 SUMMIT LAKE DRIVE SUITE 400<br>VAHALLA NY 10595-2321<br><br>CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 15298 PO 15298<br>WILMINGTON DE 19850-5298<br><br>CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS MO 63179-0040<br><br>(P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220<br><br>CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873<br><br>FORTIVA<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA GA 30348-5555<br><br>GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON OR 97076-4401<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br>700 17TH ST STE 1400<br>DENVER CO 80202-3533 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612<br><br>MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307<br><br>MARYELLEN E NYCE<br>17 CINDER ST<br>OXFORD NJ 07863-3101<br><br>MIDLAND FUNDINGMIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069<br><br>MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>PRESSLER FELT WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054-5020<br><br>QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788<br><br>RADIUS GLOBAL SOLUTIONS<br>PO BOX 390846<br>MINNEAPOLIS MN 55439-0846<br><br>STATE OF NEW JERSEY DIVISION OF<br>TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060<br><br>TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2019<br><br>TENAGLIA HUNT PA<br>395 WEST PASSAIC ST STE 205<br>ROCHELLE PARK NJ 07662-3016<br><br>US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235<br><br>UPSTART AR<br>2 CIRCLE STAR WAY<br>SAN CARLOS CA 94070-6200<br><br>UPSTART FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503<br><br>UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931<br><br>WELLS FARGO BANK NA<br>ATTN BANKRUPTCY 1 HOME CAMPUS MAC X2303<br>DES MOINES IA 50328-0001<br><br>WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.