**GLENN T. WERTHEIM**
**ATTORNEY AT LAW**
19 Weaver Drive
MARTINSVILLE, NEW JERSEY 08836
TELEPHONE: (732) 560-9899  FAX:  (732) 356-4483
MEMBER N.J. BAR

November 7, 2025

To:
Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Case No.: 23-20755SLM

Dear Trustee:

I am the attorney hired by the Executrix in the Estate of Dalpe. I prepared a Refunding Bond and Release to the order of Mr. Charles Nyce in the amount of **$15,216.30**. This letter is to confirm that the total amount of his distributory share under the will is stated on that Bond, and that the Executrix is awaiting receipt of the executed Release.

Yours,

    /GTW/

Glenn T. Wertheim