# Refunding Bond and Release

## Surrogate Court of Hunterdon County
## in the Matter of the Estate of Andrew Dalpe, Docket 55058, Deceased

| | |
|---|---|
| Attorney(s): | Glenn T. Wertheim |
| Attorney Id No.: | 014171981 |
| Law Firm: | Glenn T. Wertheim, Attorney at Law |
| Address: | 19 Weaver Drive |
| | Martinsville, N.J.  08836 |
| Telephone No.: | (732) 560-9899 |
| Fax No.: | (732) 356-4483 |
| E-mail: | glennwertheimlaw@gmail.com |

KNOW ALL PERSONS BY THESE PRESENTS, That I, Charles Nyce residing at 17 Cinder Street, Oxford, NJ 07863 referred to as the Obligor, am obligated to refund to Debra J. Dalpe, the Executor of the Estate of Andrew Dalpe, Docket No. 55058, deceased, referred to as the Obligee, or to the Obligee's Attorney, successors in office or assigns, up to the sum of $15,216.30 lawful money of the United States of America, on the conditions described in this Refunding Bond and Release. My heirs, executors and administrators are also bound by this obligation.

The Obligor has received from the Obligee a bequest pursuant to article SIXTH of decedent's Will, as FULL and FINAL SATISFACTION of the beneficiary's share under the Will.

And in Consideration for such devise or distribution, the Obligor has remised, released and forever discharged and by this Refunding Bond and Release does remise, release and forever discharge the Obligee from all claims and demands whatsoever, in law or in equity, on account of or in respect to the estate of the said deceased and of Obligor's interest therein.

Now Therefore, if the Obligor is a devisee, and if any part or the whole of such devise is at any time hereafter needed to discharge any debt or debts, devise or devises, which the said executor or administrator may not have other assets to pay, the Obligor will return said devise or such part thereof as may be necessary for the payment of the said debts or for the payment of a proportional part of the said devises; or

If the Obligor is a distributee, and if any debt or debts, truly owing by the intestate, are hereafter sued for and recovered or otherwise duly made to appear, for which there are no other assets to pay, the Obligor will refund and pay back to the administrator the Obligor's ratable part of such debt or debts out of the part and share so allotted to the Obligor.

4009 - Refunding Bond and Release
Ind. Legatee or Distributee
Rev. 7/10    P7/19

©2020 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.22

Thereafter the above obligation will be void (if the Obligor has returned the entire devise or distribution), or else remain in full force and effect.

The words "debt or debts" wherever used in this Refunding Bond and Release will be deemed to include all taxes imposed upon or chargeable to the estate or owed by the deceased, including but not limited to Federal, New Jersey or other State or Sovereignty transfer inheritance, estate, death, transfer and income taxes, together with interest, penalties, costs, expenses and attorney's fees, if any.

If more than one person executes this Refunding Bond and Release, then words used in the singular will be considered to include the plural, and wherever in this Refunding Bond and Release any particular gender is used, it will be inclusive of the masculine, feminine and neuter gender, where the text so requires.

Date: 11-12-25

Signed, Sealed and Delivered
in the presence of

_____ L.S.
Charles Nyce

Susan E Cherosnick
Witness

_____ L.S.

STATE OF NEW JERSEY, COUNTY OF Warren SS:

I CERTIFY that on November 12, 2025

Charles Nyce

[Notary stamp: SUSAN E CHEROSNICK, Notary Public, State of New Jersey, My Commission Expires Jan 18, 2028]

personally came before me and stated to my satisfaction that this person (or if more than one, each person):

(a) was the maker of the attached instrument; and

(b) executed this instrument as his or her own act.

_____
Name
Notary Public of New Jersey

4009 · Refunding Bond and Release
Ind. Legatee or Distributee
Rev. 7/10   P7/19

©2020 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.22...   Page 2