UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:
    Charles Nyce

Order Filed on December 12, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:        23-20755 SLM
Chapter:         13
Hearing Date:    11/12/2025
Judge:           Meisel

## ORDER APPROVING DISTRIBUTION OF INHERITANCE FUNDS

The relief set forth on the following page(s), numbered two (2) through two (2), is hereby **ORDERED**

DATED: December 12, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
In Re. Charles Nyce,
23-20755 SLM
Order on Motion to Aprove Distribution of Inheritance Funds

The debtor(s) having filed a Motion to Approve Distribution of Inheritance Funds, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

ORDERED that the motion is granted and debtor is authorized to receive the pending distribution of inheritance funds; and it is

FURTHER ORDERED that within sixty (60) days of the date of this Order, non-exempt proceeds in the amount of $15,216.30 shall be forwarded to the Chapter 13 Standing Trustee to pay unsecured creditors who filed timely claims.