Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−20755−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Nyce
   aka Charles Andrew Nyce
   17 Cinder St
   Oxford, NJ 07863

Social Security No.:
   xxx−xx−8008

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/3/26 at 02:30 PM

to consider and act upon the following:

*37* − Application for Compensation for Lee Martin Perlman, Debtor's Attorney, period: 9/16/2025 to 1/19/2026, fee: $650.00, expenses: $89.48. Filed by Lee Martin Perlman. Objection deadline is 1/26/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Perlman, Lee)

*38* − Limited Objection to Application for Compensation (related document:37 Application for Compensation for Lee Martin Perlman, Debtor's Attorney, period: 9/16/2025 to 1/19/2026, fee: $650.00, expenses: $89.48. Filed by Lee Martin Perlman. Objection deadline is 1/26/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Charles A. Nyce) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/23/26

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court