| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.:  23-20755** |
| IN RE:<br><br>CHARLES A. NYCE | **Adv. No.:**<br><br>**Hearing Date:  05/13/2026**<br><br>**Judge:  SLM** |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/06/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
CHARLES A. NYCE
17 CINDER ST
OXFORD, NJ  07863
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
LEE MARTIN PERLMAN
LEE M. PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL, NJ  08003
Mode of Service:  ECF and/or Regular Mail

Dated:  April 06, 2026

By:  /S/  Sheila Alvarado
Sheila Alvarado