UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
      Charles Nyce

| | |
|---|---|
| Case No.: | 23-20755 SLM |
| Chapter: | 13 |
| Hearing Date: | 5/13/2026 |
| Judge: | Meisel |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____,
creditor,
A hearing has been scheduled for _____, at _____.

   [X] Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for _____May 13, 2026_____, at 10:00 AM.

   [ ] Certification of Default filed by _____.
I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been
accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes
repayment as follows (explain your answer):

   [X] Other (explain your answer): I made a payment on 4/29/2026 which I believe makes me current
with my trustee payments.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date:    5/05/2026_____        /s/ Charles Nyce_____
                                       Debtor's Signature